**Dismissed and Memorandum Opinion filed December 14, 2023.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00001-CV

**FREDERICK  GENE  TAYLOR, Appellant**

**V.**

**GENEVA  LOUISE  TAYLOR, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-273004**

## MEMORANDUM  OPINION

This appeal is from a clarification and enforcement order signed December 2, 2022. The clerk's record was filed March 27, 2023. The reporter's record was filed April 3, 2023. Appellant attempted to file a brief on October 16, 2023, but the clerk of this court rejected the brief for non-compliance with the Texas Rules of Appellate Procedure. Appellant has not refiled a compliant brief.

On October 24, 2023, we issued an order stating that unless appellant filed a brief on or before November 27, 2023, the appeal was subject to dismissal without

further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.